```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**DAVID TYRONE WILLIAMS, SR.**          :          CIVIL ACTION
          **v.**                              :
**GEORGE W. HILL PRISON**               :          NO. 02-4712

## O R D E R

      AND NOW, this         day of July, 2002, upon consideration of plaintiff's petition to proceed <u>in forma pauperis</u>, and plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 16, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

      1.   The petition to proceed <u>in forma pauperis</u> is DENIED without prejudice; and

      2.   The Clerk shall CLOSE this case statistically.

                                    **BY THE COURT:**

                                    **JAN E. DUBOIS, J.**

---

[1] Plaintiff must get such a statement from the inmate accounting department of any prison in which he was incarcerated during the six-month period from January 16, 2002 to July 16, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.